UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WESTPORT INSURANCE CORPORATION                    ORDER DISMISSING CASE
                                                                              CV-07-1228 DRH / WDW

        -against-

IRA PODLOFSKY, ET. AL.
-----------------------------------------------------------------X


        An Order to Show Cause for a status report  having been issued by the Court on July 13,

2007, directing the counsel for plaintiffs to respond by August 10, 2007, and no response having

been filed with the Court,.

        IS HEREBY ORDERED that the case is dismissed without  prejudice to reopen..

         SO ORDERED.


                                        _____/S/_____
                                                DENIS  R. HURLEY
                                             United States District Judge


Dated: Central Islip, New York
        AUGUST 15, 2007